IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                             CIVIL ACTION NO.: 3:23-CV-193
                                                           HONORABLE GINA GROH

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## NOTICE OF APPEARANCE

    To the Court and counsel of record for all parties in the above-styled action, please take notice that Keith C. Gamble will be representing Daniel E. Smith and Adam Albaugh, in the above-styled action.  Mr. Gamble is a member of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and works in the Morgantown, West Virginia office of Pullin, Fowler, Flanagan, Brown & Poe.

    All future pleadings, notices, and correspondence may be served upon or directed to Keith C. Gamble as counsel for Daniel E. Smith and Adam Albaugh by mailing them to the following address:

Keith C. Gamble<br>
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC<br>
2414 Cranberry Square<br>
Morgantown, WV  26508<br>
(304) 225-2200

                                                          **Defendants, Daniel E. Smith**
                                                          **and Adam Albaugh,**
                                                          **By Counsel:**


                                                          /s/ *Keith C. Gamble*
                                                          Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:   (304) 225-2200
Facsimile:    (304) 225-2214

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

      **Plaintiff,**

v.                                      **CIVIL ACTION NO.: 3:23-CV-193**
                                          **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this 18th day of September, 2023, that a true copy of the foregoing "**NOTICE OF APPEARANCE**" was filed and served via the CM/ECF filing system, as follows:

> John H. Bryan, Esquire
> Law Office of John H. Bryan
> 411 Main St.
> P.O. Box 366
> Union, WV  24983

                                                              /s/ *Keith C. Gamble*
                                                              Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:     (304) 225-2200
Facsimile:     (304) 225-2214