IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                    **CIVIL ACTION NO.: 3:23-CV-193**
                                           **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## NOTICE OF BONA FIDE DEFENSE

In accordance with Rule 12(a) of the West Virginia Rules of Civil Procedure, you are hereby notified that Daniel E. Smith and Adam Albaugh hereby asserts a bona fide defense to the allegations made against them in the Plaintiff's Complaint.

Therefore, an appropriate responsive pleading will be served on Plaintiff on or before the expiration of thirty (30) days from the date service pursuant to West Virginia Code.

                                                 **Defendants, Daniel E. Smith and**
                                                 **Adam Albaugh,**
                                                 **By Counsel:**

                                                 /s/ *Keith C. Gamble*
                                                 Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:    (304) 225-2200
Facsimile:     (304) 225-2214

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                    CIVIL ACTION NO.: 3:23-CV-193
                                                                       HONORABLE GINA GROH

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this 18th day of September, 2023, that a true copy of the foregoing "**NOTICE OF BONA FIDE DEFENSE**" was filed and served via the CM/ECF filing system, as follows:

> John H. Bryan, Esquire
> Law Office of John H. Bryan
> 411 Main St.
> P.O. Box 366
> Union, WV  24983

                                                                       /s/ *Keith C. Gamble*
                                                     Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:     (304) 225-2200
Facsimile:       (304) 225-2214