IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                               **CIVIL ACTION NO.: 3:23-CV-193**
                                   **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually, and**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 9th day of May, 2024, that a true copy of the foregoing "***DEFENDANTS' FIRST SET OF COMBINED INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF***" was filed and served via the CM/ECF filing system and via electronic mail, as follows:

John H. Bryan, Esquire<br>
Law Office of John H. Bryan<br>
411 Main St.<br>
P.O. Box 366<br>
Union, WV  24983

                                                          /s/ *Keith C. Gamble*
                                                        Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:    (304) 225-2200
Facsimile:     (304) 225-2214
kgamble@pffwv.com