IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                        **CIVIL ACTION NO.: 3:23-CV-193**
                                                           **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually, and**
**ADAM ALBAUGH, individually,**

    **Defendants.**

**STIPULATION FOR EXTENSION OF**
**DEADLINE TO DISCLOSE DEFENDANTS' EXPERT WITNESSES**

COMES NOW, Defendants Daniel E. Smith and Adam Albaugh, by counsel, Keith C. Gamble, Esq. and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and advises this honorable Court that an extension of time for these Defendants to disclose their expert witnesses has been agreed upon by both parties. The new deadline shall be extended to August 23, 2024.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline within which the Parties for this matter to disclose their expert witnesses shall be extended in accordance with the timeline stated above.

**Prepared by:**


*/s/ Keith C. Gamble*
Keith C. Gamble, Esq. WV State Bar No. 7971
Pullin Fowler Flanagan Brown & Poe
2414 Cranberry Sq
Morgantown, WV 26508

304-225-2200
kgamble@pffwv.com
*Counsel for Defendants*

**Approved by:**

*/s/ John H. Bryan (w/ permission)*
John H. Bryan, Esquire
Law Office of John H. Bryan
411 Main St.
P.O. Box 366
Union, WV  24983
(304) 772-4999
jhbryan@me.com
*Counsel for Plaintiff*