IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

                 **Plaintiff,**

vs.                                                                 Civil Action No. 3:23-CV-193(Groh)

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

                 **Defendants.**

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing, "**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' FIRST SET OF COMBINED INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF,**" has been served upon counsel of record by using the CM/ECF System, this the 22nd day of July, 2024 and addressed as follows:

Keith C. Gamble
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508

                                            /s/ John H. Bryan
                                            John H. Bryan (WV Bar No. 10259)
                                            P.O. Box 366
                                            Union, WV 24983
                                            (304) 772-4999
                                            Fax: (304) 772-4998
                                            jhb@johnbryanlaw.com