**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

              **Plaintiff,**

**vs.**                              **Civil Action No. 3:23-CV-193(Groh)**

**DANIEL E. SMITH, individually
ADAM ALBAUGH, individually,**

              **Defendants.**

<u>**NOTICE OF DEPOSITION**</u>

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of

**Adam Albaugh** on **Thursday, August 29, 2024, beginning at 2:00 p.m.,** before a

certified court reporter or officer authorized by law to take depositions in the State of

West Virginia.   The depositions will take place in person at the following location:

**Pullin, Fowler, Flanagan, Brown & Poe, PLLC
261 Aikens Center
Suite 301
Martinsburg, West Virginia 25404**

The examination will continue until such time as it is completed.  The deposition

is being taken for the purposes of discovery, for use at trial, or for such other purposes

as are permitted under the Rules of the Court.

                                            Dale Bernard Beard, Jr.,
                                            By Counsel

 /s/ John H. Bryan_____
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

          **Plaintiff,**

**vs.**                             **Civil Action No. 3:23-CV-193(Groh)**

**DANIEL E. SMITH, individually
ADAM ALBAUGH, individually,**

          **Defendants.**

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing NOTICE OF DEPOSITION, upon counsel of record by using the CM/ECF System, this the 25th day of July, 2024, and addressed as follows:

Keith Gamble, Esq.
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Tel. (304) 225-2200
Fax. (304) 225-2214
Counsel for Defendants

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com