IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.          **CIVIL ACTION NO.: 3:23-CV-193**
            **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually, and**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE AND DEADLINE TO DISCLOSE DEFENDANTS' EXPERT WITNESSES

COMES NOW, Defendants Daniel E. Smith and Adam Albaugh, by counsel, Keith C. Gamble, Esq. and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and advises this honorable Court that due to a medical issue, counsel has to reschedule depositions that were to take place on July 24, 2024.  The depositions are currently scheduled to take place on August 29, 2024.  With that said the undersigned have agreed to extend the discovery deadline to September 30, 2024, and also extend the time for these Defendants to disclose their expert witnesses until after the depositions take place on August 29, 2024.  Defendant's new expert disclosure deadline will be September 20, 2024.

**IT IS HEREBY STIPULATED AND AGREED** that the discovery deadline will be extended to September 30, 2024, and the Defendants' expert disclosure deadline is extended to September 20, 2024.

**Prepared by:**

*/s/ Keith C. Gamble*
Keith C. Gamble, Esq., WV State Bar No. 7971
Pullin Fowler Flanagan Brown & Poe
2414 Cranberry Sq
Morgantown, WV 26508
304-225-2200
kgamble@pffwv.com
*Counsel for Defendants*

**Approved by:**

*/s/ John H. Bryan (w/ permission)*
John H. Bryan, Esq. WV State Bar No. 10259
Law Office of John H. Bryan
411 Main St.
P.O. Box 366
Union, WV  24983
(304) 772-4999
jhbryan@me.com
*Counsel for Plaintiff*