IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

DALE BERNARD BEARD, JR.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 3:23-CV-193
　　　　　　　　　　　　　　　　　　　　　HONORABLE GINA GROH

DANIEL E. SMITH, individually, and
ADAM ALBAUGH, individually,

      Defendants.

## STIPULATION TO EXTEND DEADLINES

COMES NOW, Defendants Daniel E. Smith and Adam Albaugh, by counsel, Keith C. Gamble, Esq. and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and advises this honorable Court that due to a delay in obtaining deposition transcripts of the depositions that took place on August 29, 2024, the parties need to extend the following deadlines:

The discovery deadline be extended to October 11, 2024;

The Defendant's Expert Disclosure deadline be extended to September 30, 2024;

Dispositive Motions deadline to be extended to October 25, 2004.  Responses be extended to November 1, 2024, and Replies be extended to November 8, 2024.

**IT IS HEREBY STIPULATED AND AGREED** that the above referenced deadlines be extended.   Any and all other deadlines not mentioned herein that are contained in the November 29, 2023, Scheduling Order [ECF. 8] remain unchanged unless stipulated to or requested of the Court.

**Prepared by:**

*/s/ Keith C. Gamble*
Keith C. Gamble, Esq., WV State Bar No. 7971
Pullin Fowler Flanagan Brown & Poe
2414 Cranberry Sq
Morgantown, WV 26508
304-225-2200
kgamble@pffwv.com
*Counsel for Defendants*

**Approved by:**

*/s/ John H. Bryan (w/ permission)*
John H. Bryan, Esq. WV State Bar No. 10259
Law Office of John H. Bryan
411 Main St.
P.O. Box 366
Union, WV  24983
(304) 772-4999
jhbryan@me.com
*Counsel for Plaintiff*