# Exhibit A

**Defendants' Memorandum of Law in Support of Motion for Summary Judgment**

(provided independently to Counsel and Court)

*Exhibit A:  Body Cam of Daniel E. Smith*

*Exhibit A:  Body Cam of Adam Albaugh*