Case 3:23-cv-00193-GMG   Document 27-4   Filed 10/25/24   Page 1 of 3  PageID #: 122

DALE BERNARD BEARD, JR. v.                              LIEUTENANT ADAM P. ALBAUGH
DANIEL E. SMITH, et al.                                 August 29, 2024

```
 1            IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
 2                       AT MARTINSBURG

 3
   * * * * * * * * * * * * * * * * * * * * *
 4
   DALE BERNARD BEARD, JR.,
 5
             Plaintiff,
 6

 7  v.                    CIVIL ACTION NO. 3:23-CV-193
                          Honorable Gina Groh
 8

 9  DANIEL E. SMITH, Individually, and
    ADAM ALBAUGH, Individually,
10
             Defendants.
11
    * * * * * * * * * * * * * * * * * * * * *
12

13

14

15       Deposition of LIEUTENANT ADAM P. ALBAUGH, a
    Defendant herein, taken on behalf of the Plaintiff,
16  in the above-entitled action, pursuant to Notice,
    before Sheryl L. Gasparik, Registered Professional
17  Reporter, and Notary Public within and for the State
    of West Virginia, held at the law firm of Pullin,
18  Fowler, Flanagan, Brown & Poe, PLLC, 261 Aikens Center,
    Suite 301, Martinsburg, West Virginia 25404, on the
19  29th day of August, 2024, commencing at 3:09 p.m.

20

21

22            REALTIME REPORTERS, LLC
                 713 Lee Street
23            Charleston, WV  25301
                 (304) 344-8463
24            realtimereporters.net
```

Exhibit D

| DALE BERNARD BEARD, JR. v. | LIEUTENANT ADAM P. ALBAUGH |
|---|---|
| DANIEL E. SMITH, et al. | August 29, 2024 |

```
 1  if you guys are.  Where did we leave off?
 2       (Preceding question read back by the reporter.)
 3  BY MR. BRYAN:
 4       Q.  What was -- I think I know this, but what was
 5  significant to you about the ziplock bag with whatever
 6  was in it?  Why did you pull it out?
 7       A.  Well, I was searching the bag, so I was pulling
 8  all the contents out.
 9       Q.  Well, why did you pull it out and then also
10  not put it back in?
11       A.  I believed it was marijuana wax.
12       Q.  What is marijuana wax?
13       A.  Marijuana wax is a THC extracted from the
14  flower through a chemical base.  It creates a higher
15  potency.
16       Q.  So did you believe that that, in and of itself,
17  was consistent with marijuana that you could charge
18  Mr. Beard for?
19       A.  Yes.
20       Q.  So how then would you go about proving whether
21  or not it was what you thought it was?
22       A.  Confirmatory test at the lab.
23       Q.  And was that ever done?
24       A.  Not by me.
```

| DALE BERNARD BEARD, JR. v. | LIEUTENANT ADAM P. ALBAUGH |
|---|---|
| DANIEL E. SMITH, et al. | August 29, 2024 |

```
 1        Q.   And as we sit here today, you don't have any
 2   specific knowledge as to why that particular bag was
 3   not tested or sent for testing at the lab; you just
 4   have general information on how you guys operated at
 5   the time?
 6        A.   I have knowledge of why the case was ultimately
 7   dismissed and not pursued via conversations with the
 8   prosecutor's office that might apply to answer that
 9   question.
10        Q.   Okay, great.  Tell me about that, please.
11        A.   It is my understanding that when the white
12   powder came back as not a identifiable controlled
13   substance, the case was remanded back to the magistrate
14   court, and since Mr. Beard had been on bond for a long
15   time without messing up any -- I am paraphrasing here,
16   obviously -- that for judicial efficiency, they did not
17   want to pursue the case as the outcome of even a jury
18   trial in magistrate court would have resulted in a low
19   fine for the marijuana or the obstructing.
20        Q.   But at that point, that was already after the
21   white powdery substance had already been sent to the
22   state police lab and tested; right?
23        A.   That's correct.
24        Q.   So, I mean, if you guys were going to test the
```