IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                              CIVIL ACTION NO.: 3:23-CV-193

                                                                 HONORABLE GINA GROH

**DANIEL E. SMITH, individually, and**

**ADAM ALBAUGH, individually,**

    **Defendants.**

### AFFIDAVIT OF DEPUTY RYAN KOLB

I, Deputy Ryan Kolb, being over the age of eighteen and competent to testify to the foregoing facts do hereby declare and affirm the following to be true to the best of my knowledge:

1. On September 20, 2024, I gave a recorded statement to Keith Gamble at Pullin, Fowler, Flanagan, Brown & Poe, PLLC regarding my involvement in a traffic stop that took place on August 23, 2021.

2. A transcript of the recorded statement has been transcribed by Mr. Gamble's office. (Attached as Exhibit 1)

3. I have reviewed the transcript of the recorded statement and the same is true and accurate to the recorded statement given to Mr. Gamble.

4. The contents of the recorded statement, and the transcript of the same, are true and accurate as I would testify to in open Court while under oath.

Further affiant sayeth not.

Date: 28 Sept 2024

_____
Deputy Ryan Kolb

STATE OF West Virginia

COUNTY OF Berkeley, to wit:

I hereby certify that on the 28 day of September, 2024, before me, the subscriber, a notary public of the State of West Virginia in and for the County of: Berkeley personally appeared Deputy Ryan Kolb and made oath in due form of law that the matters and facts set forth in the Affidavit are true. As witness, my hand and notarial seal.

(Notary Seal)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Abriahannah McKenzie
BCSD 510 S. Raleigh St.
Martinsburg, WV 25401
My Commission Expires July 20, 2027

Signature of Notary Public Notary Public

My Commission expires: July 20, 2027

**Beard v. Martinsburg Police Department**

**Civil Action No: 3:23-cv-193**

**Recorded Statement of Deputy Ryan Kolb**

| | | |
|---|---|---|
| **KG:** | **Keith Gamble** | |
| **RK:** | **Deputy Ryan Kolb** | |

| | | |
|---|---|---|
| 1 2 | KG: | Today is September 20th of 2024, at 11:56. I'm here with Deputy Kolb in Martinsburg, WV. Sir, can you state your name and occupation? |
| 3 | RK: | Deputy Kolb, Berkeley County Sheriff's Office. |
| 4 | KG: | Do I have permission to take a statement from you today? |
| 5 | RK: | Yes, Sir. |
| 6 | KG: | OK. And are you aware that I'm recording this statement? |
| 7 | RK: | Yes, Sir. |
| 8 | KG: | On August 23, 2021, where did you work? |
| 9 | RK: | At the Berkeley County Sheriff's Office. |
| 10 | KG: | And what was your job on the day in question of August 23, 2021? |
| 11 | RK: | I was assigned to patrol, as well as our, with my canine. |
| 12 | KG: | OK. And is that sometimes referred to maybe as a "canine handler"? |
| 13 | RK: | Yes, Sir. |
| 14 | KG: | OK. Did you have your canine with you that day? |
| 15 | RK: | Yes, Sir. |
| 16 | KG: | OK. And what is your canine's name? |
| 17 | RK: | Canine Hugo. |
| 18 | KG: | OK, so I'm going to refer to him as Hugo moving forward. What kind of dog is Hugo? |
| 19 | RK: | He's a Belgian Malinois, dual purpose narcotic and apprehension dog. |
| 20 | KG: | Do you receive training associated with using a K9 as an officer? |
| 21 | RK: | Yes, Sir. |
| 22 | KG: | Can you just generally explain your training with regard to being a canine officer? |

23 RK: So, we have a six week handler course down at Summit Point, Garda World. We go through how
24     to handle the dog, how to read the dog, and other different training scenarios. And then upon
25     completion, we go through a national certification for narcotics, as well as a national certification
26     for apprehension and tracking.

27 KG: OK. How long have you been working with Hugo?

28 RK: I got him March of 2021.

29 KG: OK. Does the training that you just discussed, does that include training specifically for Hugo, as
30     well?

31 RK: Yes, Sir.

32 KG: OK, explain to me what Hugo is trained to do, if you would. I know you already said it, but if you
33     could just give me kind of a brief understanding of what he's trained to do.

34 RK: So he's trained to find narcotics; whether it's in a vehicle, an open area, a building, anywhere I
35     give him the command to find narcotics, he's trained to do so. He's also trained to apprehend
36     suspects, which in other terms means, you know, bite.

37 KG: OK.

38 RK: And he's also certified to track. So, if someone goes running away, we can track him using his nose.

39 KG: OK. Do you and Hugo have continuing training I'm assuming as partners, would you guys have
40     continuing training in addition to what you just explained to me?

41 RK: Yes, Sir. It's required to train 16 hours a month. So, we have training every other Thursday of the
42     month. Some days, some months we have more training than others. Sometimes we try to shoot
43     for over 16 hours.

44 KG: Okay. And you may have already said this, and if you did, I apologize. Are you and Hugo certified
45     by any agency to perform sniff checks of vehicles for the presence of narcotics?

46 RK: Currently, we're nationally certified through NAPWDA.

47 KG: Could you spell that? And it's an acronym,

48 RK: Correct.

49 KG: Right? Could you tell us, tell the recorder what that is? Just so we can get it.

50 RK: The National Working Police Dog Association, I believe.

51 KG: OK, when Hugo alerts during a traffic stop, what does that indicate to you, as an Officer?

52 RK: It means that one of the five substances that he's nationally certified to find, that he is in the
53     presence of that odor.

54 KG: OK. And what are those substances?

55 RK: Meth, heroin, cocaine, crack and PCP.

Exhibit 1

| | | |
|---|---|---|
| 56 | KG: | When Hugo does alert, how do you know he's making an alert? |
| 57 | RK: | So, his alert is a non-essential behavior that you know through training with Hugo. I recognize his |
| 58 | | different ways that he alerts the vehicles. Some can include a head snap, so if he's going through |
| 59 | | a car, he'll snap his head back. It's behavior that he doesn't realize he's doing, he just knows the |
| 60 | | odor because the dog never loses an odor once they're trained in it, and then he's trained after |
| 61 | | he is in that odor. he's trained to sit. |
| 62 | KG: | He's trained to sit? |
| 63 | RK: | Correct. |
| 64 | KG: | OK. And I'm assuming that that behavior that you just discussed, that's based on training that |
| 65 | | Hugo's undergone as well as you, I guess? |
| 66 | RK: | Yes, Sir. |
| 67 | KG: | Have your credentials in regards to being a canine handler and/or that of Hugo's ever been |
| 68 | | challenged before in court? |
| 69 | RK: | No, Sir. |
| 70 | KG: | Has the use of Hugo's skills ever been excluded in court of law before due to lack of experience |
| 71 | | and/or credentialing? |
| 72 | RK: | No Sir, |
| 73 | KG: | Has a court deemed Hugo sniff searches as unreliable or invalid on their face for any reason? |
| 74 | RK: | No, Sir. |
| 75 | KG: | Have you and or Hugo ever been deemed not qualified to make such determinations by Court of |
| 76 | | Law? |
| 77 | RK: | No, Sir. |
| 78 | KG: | And I'm assuming you and Hugo have been permitted to testify in, well, I guess Hugo wouldn't |
| 79 | | testify…. but you have testified in criminal cases regarding searches and or methods used for doing |
| 80 | | the same? |
| 81 | RK: | I have not personally testified with Hugo, |
| 82 | KG: | Okay. |
| 83 | RK: | but I've testified in Court |
| 84 | KG: | Gotcha. And, and in regards to being a police officer and… |
| 85 | RK: | Correct. |
| 86 | KG: | Police work. I should, qualify. |
| 87 | RK: | Yes. |

| | | |
|---|---|---|
| 88 89 | KG: | Were you and and I think you've already told me this, you and Hugo were working the day of August 23rd, 2021. |
| 90 | RK: | Yes, Sir. |
| 91 92 | KG: | Do you recall being dispatched to a call for assistance from Defendant, Defendant Daniel Smith with the Martinsburg Police Department? |
| 93 | RK: | Yes, Sir. |
| 94 | KG: | When you were dispatched, did you know who the suspect was? |
| 95 | RK: | No, Sir. |
| 96 | KG: | OK, when you arrived, just take me through kind of what happened once you arrived on scene. |
| 97 98 | RK: | So, I arrived, got on scene, I talked to Smith. I said, "hey, what did you arrest him for?" He told me. And I then got my dog out and started my free air sniff. |
| 99 | KG: | OK. Did you know who the suspect was after you arrived? |
| 100 | RK: | No, Sir. |
| 101 102 | KG: | When you use Hugo in a traffic stop situation such as this, what do you call it when, when he's doing what he does, what do you call it? |
| 103 | RK: | Free air sniff. |
| 104 | KG: | OK. And how is a canine free air sniff done? |
| 105 106 107 108 | RK: | So, the way I do it, every handler is different with the way, where they start or how they, you know, do the vehicle. I start usually, most of the time, on the driver's side, rear wheel well. Sometimes I'll go to different locations based on where the wind's blowing. I like to start where the wind's blowing towards us. |
| 109 | KG: | So downwind? |
| 110 111 112 | RK: | Correct, yes. And then I give him the search command. We move counterclockwise around the vehicle, and the entire time I'm watching his behavior, watching for change of behaviors in him. And then if he alerts on the vehicle, he's trained to sit. |
| 113 | KG: | OK. During the open air sniff of Mr. Beard's vehicle, did Hugo Alert? |
| 114 | RK: | Yes, sir. |
| 115 | KG: | And what did that indicate to you? |
| 116 | RK: | That he was in the odor of one of the narcotics he is nationally certified to find. |
| 117 118 | KG: | OK. At that point, after Hugo had alerted, what legally would an officer such as yourself or some other officer on scene have had the right to do? |
| 119 | RK: | To search the vehicle. |

| | | |
|---|---|---|
| 120 | KG: | OK. And what is that called? What is the, what gives you that right, what? |
| 121 | RK: | Probable cause. |
| 122-123 | KG: | Prior to the statement that we're taking right now, we watched the body cam footage from Defendant Smith in this matter, is that right? |
| 124 | RK: | Yes. Sir. |
| 125 | KG: | Did it accurately reflect the events that took place on August 23, 21 as you recall them? |
| 126 | RK: | Yes. Sir. |
| 127 | KG: | In in watching Defendant Smith's body camera, did you see Hugo alert? |
| 128 | RK: | Yes, sir. |
| 129-130 | KG: | OK. Why were you motioning? I noticed you were motioning with your hands during the open air sniff. What-why were you doing that? |
| 131-136 | RK: | So, I already observed canine Hugo alert on the passenger side of the vehicle. He sat and he stood up and usually that's consistent with him trying to get closer to the source of the odor, um, but I use my hand to detail the vehicle on all my searches, all my scans. So basically, I take my hand and I present productive areas on the vehicle that the dog can't realize that are there to include, include door seams if the window is open. Obviously, I'm not going to put him inside the window at all, just enough for him to get up there, and if there's odor in the vehicle, he can get it easier. |
| 137-138 | KG: | OK. Were you with those with the motions that we see your hands making, were you telling Hugo to alert? |
| 139 | RK: | No, Sir. |
| 140-141 | KG: | OK, so am I correct that the body camera video that we watched shows Hugo alerts several times prior to you making any motions by the car door? |
| 142 | RK: | Yes, Sir. |
| 143 | KG: | Is that accurate? |
| 144 | RK: | That's accurate, yes sir. |
| 145-146 | KG: | And just so we're clear, you were not telling Hugo or indicating to Hugo to sit or to alert, you were doing what you just referred to as detailing the vehicle? |
| 147 | RK: | Correct. He already alerted beyond that that point, so. |
| 148-149 | KG: | And is it your, I would assume based on your training and experience, Hugo's alert was due solely to his training? |
| 150 | RK: | Yes, sir. |
| 151-152 | KG: | And I may have asked you this already, but when Hugo alerted at the passenger side door, Mr. Beard's vehicle, what did that indicate to you? |

| | | |
|---|---|---|
| 153 | RK: | That he was in the odor of one of the narcotics he's certified to find. |
| 154 155 | KG: | OK. I noticed during the body Cam video, the officers had opened the doors but you had them close the doors to Mr. Beard's vehicle. Is that right? |
| 156 | RK: | Yes, Sir. |
| 157 | KG: | Why did you do that? |
| 158 159 160 161 | RK: | So, I don't want Hugo to be able to get inside the car and then it, would be a search. It's just like if we were to go inside of his car without probable cause. At that point it would be invalid. So, I like to keep them on the outside. That's why we call it a free air sniff. They have no rights to the air surrounding their vehicle. |
| 162 163 | KG: | Understood. I also noticed that the officers, Officer Smith and Officer Albaugh moved away from the vehicle at the time of Hugo's open air sniff. Why was that? |
| 164 165 166 | RK: | So, my dog, like I stated before, is a apprehension dog. I try to keep everyone away from the vehicle for their safety. That way they don't get accidentally bit or get in the way of Hugo while he's working. |
| 167 | KG: | Did you in any way cause Hugo to alert with regard to Mr. Beard's vehicle? |
| 168 | RK: | No, Sir. |
| 169 | KG: | If someone indicated that you told Hugo to alert, that would be inaccurate? |
| 170 | RK: | That's correct. |
| 171 172 | KG: | In your training and experience, when Hugo alerts on a vehicle, what does that indicate to you with regard to an ability to search or not search a vehicle? |
| 173 | RK: | We would be able to search that vehicle. |
| 174 175 | KG: | Am I correct, Hugo is not necessarily indicating there are illegal substances in in the vehicle, but such, but that such substances could or had recently been present? |
| 176 | RK: | That's correct. |
| 177 178 | KG: | Did Defendants Smith or Albaugh give you any indication of what you should or shouldn't find when you arrived on scene with Hugo? |
| 179 | RK: | No, Sir. |
| 180 181 | KG: | Did you observe the substances that were ultimately the grounds for charging Mr. Beard with possession of illegal substances? |
| 182 | RK: | Yes, Sir. |
| 183 184 | KG: | OK. Did you disagree with Smith's or Albaugh's assessment with regard to if those substances could be or were likely illegal substances? |
| 185 | RK: | No, Sir, I even said it myself, it was, it appeared to be consistent with cocaine. |

| | | |
|---|---|---|
| 186 | KG: | OK. And again, that's based on your training and as experience as a police officer? |
| 187 | RK: | Yes, Sir. |
| 188 | KG: | Do you know if the substances tested were positive or otherwise for being illegal? |
| 189 | RK: | I did not, no. |
| 190 | KG: | When Hugo alerts, does he do so differently for different substances? |
| 191 | RK: | No, Sir. |
| 192–194 | KG: | So, when Hugo alerts, it's indicating that there are or were controlled substances in a vehicle, but not, for example, specifically cocaine or specifically methamphetamines. His alert is the same for any of the five substances he's trained for? |
| 195–196 | RK: | So, his indication on the vehicle was a trained response to him sitting. So, he sits when he is in the odor of that narcotic. |
| 197 | KG: | Ok. |
| 198–199 | RK: | There's different ways to train dogs on how to get your final response, but Hugo's training was to sit once he's in that odor. |
| 200 | KG: | OK, have I put words in your mouth in any way with regard to this statement? |
| 201 | RK: | No, Sir. |
| 202 | KG: | Have I told you what to say with regard to giving this statement? |
| 203 | RK: | No, Sir. |
| 204 | KG: | Have I turned the recorder off at any time during this statement? |
| 205 | RK: | No, Sir. |
| 206 | KG: | Do I have permission to turn the recording off now? |
| 207 | RK: | Yes, Sir. |
| 208 | KG: | And now it is 12:10, on September 20th, 2024. |
| 209 | | |
| 210 | | |
| 211 | | |
| 212 | | |