**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

**v.**                                               **CIVIL ACTION NO.: 3:23-CV-193 (GROH)**

**DANIEL E. SMITH, individually, and
ADAM ALBAUGH, individually,**

    **Defendants.**

## ORDER TO SHOW CAUSE

Upon review of the docket in this matter, the Court **ORDERS** the parties, their counsel, and all individuals with full settlement authority, to appear before the Court in person on Thursday, November 14, 2024, at 8:30 a.m., to show cause why this case was not mediated prior to the deadline in the Court's Scheduling Order. Further, prior to the show cause hearing, the parties are **ORDERED** to secure a mediator and schedule a mediation to occur on or before November 20, 2024.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: November 8, 2024

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE