IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                     **CIVIL ACTION NO.: 3:23-CV-193**
                                                        **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually, and**
**ADAM ALBAUGH, individually,**

    **Defendants.**

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE, TESTIMONY, OR ARGUMENT BEFORE THE JURY REGARDING WHETHER DEFENDANTS HAVE LIABILITY COVERAGE

COME NOW the Defendants, Daniel E. Smith and Adam Albaugh, by counsel, Keith C. Gamble, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to Rule 104 of the *Federal Rules of Evidence*, and respectfully move this Honorable Court for a ruling *in limine* to exclude evidence, testimony, or argument before the jury regarding whether Defendants have liability coverage. In support of their *Motion*, Defendants state as follows:

Rule 411 of the *Federal Rules of Evidence* provides that "[e]vidence that a person was or was not insured against liability is not admissible to prove whether the person acted negligently or otherwise wrongfully." FED. R. EVID. 411. Here, Defendants move *in limine* to request an order preventing Plaintiff from presenting evidence, testimony, or argument before the jury regarding whether there is a liability insurance coverage applicable to this matter.

**WHEREFORE**, based on the foregoing, and pursuant to FED. R. EVID. 104 and 411, Defendants respectfully request this Court grant the Motion *in Limine* and enter an Order exclude

evidence, testimony, or argument before the jury regarding whether Defendants have liability coverage, and for any further relief the Court deems just and proper.

                                                  **Defendants, Daniel E. Smith and Adam Albaugh,**
**By counsel:**

/s/ *Keith C. Gamble*
Keith C. Gamble, WV State Bar No. 7971

Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV  26508
Telephone:   (304) 225-2200

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

      **Plaintiff,**

**v.**                                       **CIVIL ACTION NO.: 3:23-CV-193**
                                                  **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 8th day of November 2024, that a true copy of the foregoing "***Defendants' Motion In Limine To Exclude Evidence, Testimony, Or Argument Before The Jury Regarding Whether Defendants Have Liability Coverage***" was filed and served via the CM/ECF filing system, as follows:

John H. Bryan, Esquire
Law Office of John H. Bryan
411 Main St.
P.O. Box 366
Union, WV  24983

                                                             /s/ *Keith C. Gamble*
                                                  Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:   (304) 225-2200
Facsimile:   (304) 225-2214