DALE BERNARD BEARD, JR. v.  
DANIEL E. SMITH, et al.

BERNARD DALE BEARD, JR.  
August 29, 2024

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
 2                         AT MARTINSBURG

 3
    * * * * * * * * * * * * * * * * * * * * * *
 4
    DALE BERNARD BEARD, JR.,
 5
             Plaintiff,
 6

 7  v.                          CIVIL ACTION NO. 3:23-CV-193
                                Honorable Gina Groh
 8

 9  DANIEL E. SMITH, Individually, and
    ADAM ALBAUGH, Individually,
10
             Defendants.
11
    * * * * * * * * * * * * * * * * * * * * * *
12

13

14

15       Deposition of BERNARD DALE BEARD, JR., the
    Plaintiff herein, taken on behalf of the Defendants,
16  in the above-entitled action, pursuant to Notice,
    before Sheryl L. Gasparik, Registered Professional
17  Reporter, and Notary Public within and for the State
    of West Virginia, held at the law firm of Pullin,
18  Fowler, Flanagan, Brown & Poe, PLLC, 261 Aikens Center,
    Suite 301, Martinsburg, West Virginia 25404, on the
19  29th day of August, 2024, commencing at 10:12 a.m.

20

21

22              REALTIME REPORTERS, LLC
                   713 Lee Street
23              Charleston, WV  25301
                   (304) 344-8463
24               realtimereporters.net
```

Realtime Reporters, LLC  
schedulerealtime@gmail.com  304-344-8463

Exhibit B

| DALE BERNARD BEARD, JR. v. | BERNARD DALE BEARD, JR. |
|---|---|
| DANIEL E. SMITH, et al. | August 29, 2024 |

```
 1        A.   Yeah.
 2        Q.   Okay.  Are you making a claim associated with
 3   that anxiety?
 4        A.   No.
 5        Q.   The reason I say that is because it indicated
 6   that you are no longer taking the Klonopin.
 7        A.   I am not anymore.  Yeah, I am not --
 8   technically, I am not allowed to anymore anyway.
 9        Q.   Why is that?
10        A.   Just because of other medications.  It's just
11   so I -- just to be safe, we -- we decided not to do
12   that.
13        Q.   Okay.  Do you have any idea what -- well,
14   again, like I said, based on the -- you have indicated
15   in your responses that you are not claiming medical
16   treatment, but then you have this in here.  I guess
17   my thought process is, is are you making a claim for
18   the medical treatment associated with that or not?
19        A.   I don't remember.
20        Q.   Okay.
21        A.   I don't remember.
22        Q.   One of the -- well, let's just -- we will just
23   go ahead.  I was going to skip over these, but just to
24   be safe, you have denied receiving any type of physical
```

| | |
|---|---|
| DALE BERNARD BEARD, JR. v.<br>DANIEL E. SMITH, et al. | BERNARD DALE BEARD, JR.<br>August 29, 2024 |

```
 1  injuries associated with this matter; correct?
 2       A.   Correct.
 3       Q.   And you have denied having expenses, by way
 4  of damages, associated with this matter; correct?
 5       A.   Correct.
 6       Q.   Like special -- special damages --
 7       A.   Right.
 8       Q.   -- actually monetary damages --
 9       A.   Yes, yes.
10       Q.   -- not violation of rights.  I am not
11  suggesting --
12       A.   I just want to make sure I answer the question
13  properly.  So I don't know if the car -- does that
14  involve -- now, you are just talking about any other
15  type of specialized?
16       Q.   Well, so that's -- that's a fair question.
17       A.   Right.
18       Q.   So you are claiming damages associated with
19  having your vehicle towed; is that right?
20       A.   I believe so, but I haven't reviewed it lately,
21  so I -- I don't remember exactly.
22       Q.   Okay.
23       A.   Yeah.
24       Q.   So then -- so then I am glad we did this,
```