**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

        **Plaintiff,**

vs.                                                             Civil Action No. 3:23-CV-193(Groh)

**DANIEL E. SMITH, individually
ADAM ALBAUGH, individually,**

        **Defendants.**

### CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S RULE 26(A)(3) DISCLOSURES, has been served upon counsel of record by using the CM/ECF System, this the 8th day of November, 2024, and addressed as follows:

Keith C. Gamble
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Tel. (304)-225-2200

        /s/ John H. Bryan_____
        John H. Bryan (WV Bar No. 10259)
        411 Main Street
        P.O. Box 366
        Union, WV 24983
        (304) 772-4999
        Fax: (304) 772-4998
        jhb@johnbryanlaw.com