IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                   **CIVIL ACTION NO.: 3:23-CV-193**
                                       **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually, and**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## NOTICE OF SETTLEMENT

COMES NOW the Defendants, Daniel E. Smith and Adam Albaugh, by counsel, Keith C. Gamble, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and Plaintiff, Dale Bernard Beard, Jr., by counsel John H. Byran and the Law Office of John H. Bryan and advises the Court that the parties have settled all matters in controversy in the above-captioned Civil Action.

| **Defendants, Daniel E. Smith** | **Plaintiff, Dale Bernard Beard, Jr.,** |
|---|---|
| **and Adam Albaugh,** | **By counsel:** |
| **By counsel:** | |

/s/ *Keith C. Gamble*                            /s/ *John H. Bryan (w/ permission)*

Keith C. Gamble, WV State Bar No. 7971      John H. Bryan, WV State Bar No. 10259
Pullin, Fowler, Flanagan, Brown & Poe, PLLC    Law Office of John H. Bryan
2414 Cranberry Square                            411 Main Street
Morgantown, WV  26508                          Union, WV 24983
Telephone:    (304) 225-2200                   (304) 772-4999

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT MARTINSBURG**

**DALE BERNARD BEARD, JR.,**

    **Plaintiff,**

v.                                                                              **CIVIL ACTION NO.: 3:23-CV-193**
                                                              **HONORABLE GINA GROH**

**DANIEL E. SMITH, individually**
**ADAM ALBAUGH, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 12th day of November, 2024, that a true copy of the foregoing "***Notice of Settlement***" was filed and served via the CM/ECF filing system, as follows:

John H. Bryan, Esquire
Law Office of John H. Bryan
411 Main St.
P.O. Box 366
Union, WV  24983

                                                             /s/ *Keith C. Gamble*
                                                             Keith C. Gamble, WV State Bar No. 7971

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:     (304) 225-2200
Facsimile:      (304) 225-2214