# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**DALE BERNARD BEARD, JR.,**

       **Plaintiff,**

**v.**         **CIVIL ACTION NO.: 3:24-CV-193 (GROH)**

**DANIEL E. SMITH, individually, and
ADAM ALBAUGH, individually,**

       **Defendants.**

## ORDER DISMISSING CASE

Now before the Court is a Notice of Settlement. ECF No. 41. It is therefore **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to terminate any outstanding motions, deadlines, and hearings, and to transmit copies of this Order to all counsel of record herein.

**DATED**: November 12, 2024

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE